**Lawrence W. BODELL, Appellant, v. AUTO-MATIC INSTRUMENT COMPANY, a Corporation, Appellee.**

No. 8044.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1939.

Chritton, Wiles, Davies, Hirschl & Dawson, of Chicago, Ill., and Rice & Rice, of Grand Rapids, Mich., for appellant.

Parkinson & Lane, of Chicago, Ill., and Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

**Mariano BLANCO, Plaintiff-Appellant, v. UNITED FRUIT COMPANY, Defendant-Respondent.**

No. 331.

Circuit Court of Appeals, Second Circuit.

June 19, 1939.

Simone Gazan, of New York City, for appellant.

C. B. M. O'Kelley, of New York City, for respondent.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Waldo G. BRYANT and Ida Bryant, Executors of the Estate of Waldo C. Bryant, Deceased, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 45.

Circuit Court of Appeals, Second Circuit.

June 5, 1939.

J. Gilmer Korner, Jr., of Washington, D. C., and David S. Day, of Bridgeport, Conn., for appellants.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Carlton Fox, Sp. Assts. Atty. Gen., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed.